IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 22 2004

DAVID J. MALAND, CLERK
BY
DEPUTY

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| VS. | * | CRIMINAL NO. 5:04-CR-25 |
| | * | |
| JAMES NAPLES | * | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

1. Beginning on or about some date in 2003, and continuing up to on or about some date in February, 2004, in the Eastern District of Texas, JAMES NAPLES, Defendant herein, and New Boston General Hospital, Inc., along with other unknown persons, did knowingly conspire to commit an offense against the United States of America, to wit: obstruction of justice, that is engaging in misleading conduct towards another person with the intent to cause or induce that person to withhold a record from the Federal Grand Jury meeting in the Eastern District of Texas.

### OVERT ACT

2. Between on or about February, 2003 and February, 2004, the Defendant, JAMES NAPLES and New Boston General Hospital, knowingly caused an employee to fail to produce airplane trip logs, otherwise known as passenger manifests, which were required to be produced by Grand Jury subpoena #504-212 and by Court Order dated August 18, 2003.

All in violation of Title 18, United States Code, Section 371.

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

JOHN M. BALES
ASSISTANT U. S. ATTORNEY