CASE NUMBER 5:04cr25-1                DATE:                12/22/04
USA                                   LOCATION:            **Texarkana**
                                      JUDGE:               **David Folsom**
VS                                    DEPUTY CLERK:        **Mel Martin**
                                      RPTR/ECRO:           **Libby Crawford**
**JAMES NAPLES**                      USPO:                **Mike Carr**
Defendant                             INTERPRETER:         **n/a**
David Botsford                        US ATTORNEY:         W. Rivers/**Malcolm Bales**
Attorney                                                   assigned/appeared

                                      BEGIN: 10:10         (a.m.)
                                      Resumes: 10:47       (a.m.)

_____
## ARRAIGNMENT/ PLEA/ CHANGE OF PLEA

X☐ . . . . .          Hearing called          X☐ Hearing held
☐ kinfo.fel. .        Information (felony)     ☐ kinfo.misd. . Information (misdemeanor) ☐ ksl.info. . Information (sealed)
☐ kindiuns. .         Indictment unsealed      ☐ kinfo.uns. . Information Unsealed
☐ . . . . .           Dft appears ☐ with ☐ without counsel; ☐ Dft appears pro se; ☐ Counsel appears on behalf of dft
X☐ kwv indi. .        Dft files Waiver of Indictment X☐ Dft advised of right to grand jury consideration
☐ karr. . .           ☐ Arraignment X☐ Change of Plea on: X☐ INFORMATION ☐ INDICTMENT ☐ RULE 20
                      held on counts X☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12
                      ☐ All counts  other counts _____
☐ kcnsl. . .          Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD ☐ kdaddatty
X☐ . . . Dft          X☐ sworn                    X☐ physically/mentally ready    X☐ name spelled
                      X☐ advised of charges       X☐ advised of maximum penalties X☐ advised of right to remain silent;
                      X☐ advised of right to counsel  X☐ rec'd copy of the charges;   X☐ discussed charges w/cnsl;
                      X☐ charges of read          ☐ waived reading of charges;    X☐ No pressure to plead
                      ☐ advised of alternate sentencing under Youth Corrections Act;
☐ kconsmagtrl.        Consent to trial before U.S. Magistrate Judge
X☐ kpl. . . .         Dft enters a plea of: ☐ ngpl. ( not guilty)X ☐ gpl. (Guilty) ☐ nolopl. (Nolo) ☐ glesspl. (guilty-lesser)
                      to counts X☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12
                      ☐ all counts; other counts _____
X☐ . . . . .          . . . . . . . Factual Basis Established
X☐ . . . . .          . . . . . . . Court finds plea voluntary, knowledgeable and that it has a basis in fact.
X☐ kplagacc.          Plea Agreement accepted  ☐ Plea agreement rejected _____
X☐ . . . . . . . . ..  Plea agreement received in evidence __**SEALED**_____
X☐ kplag. .           Plea agreement filed.
☐ keloff. . .         Elements of offense.
☐ koptrtdisc.         Discovery order entered.  Dft has _____ days or until _____ to file motions not covered by this order;
                      Gvt has _____ days or until _____ to respond.
☐ koralo. . .         mfiling.ddl Motion filing deadline.  Pretrial motions or change of plea due by _____
X☐ . . . . .          Sentencing deferred for pre-sentence investigation.
☐ ksen. . .           Sentencing set for _____ before Judge _____
☐ kjytrl. .           Jury trial set for _____ before Judge _____
☐ kgm. . .            Government motion for detention
☐ ko (bnd).           Dft bond ☐ set ☐ reset to $ _____ ☐ cash ☐ surety ☐ 10% ☐ PR ☐ unsecured
X☐ . . . . .          . . . . . . Bond continued ☐ in this case ☐ $ _____ Type: _____ ☐ other case No. _____
☐ kocondrls.          Order setting conditions of release  ☐ Bond executed, deft released;
☐ kodtn. .            Entered Order: ☐ Temp Detention Pndg Hearing ☐ Detention Pndg Trial ☐ 10 Day Detention
☐ . . . . . . . . . .  Dft remanded to custody of U.S. Marshal;
☐ koralo.             Dft failed to appear, oral order for arrest warrant; ☐ bond forfeited
☐ kgoralm. .          Government motion _____ ☐ koralo. . . _____
☐ kdoralm. .          Defendant motion _____ ☐ koralo. . . _____

10:10 ICC with Bales, Botsford, and Rivers; ct/ elements to the law clerk; Bales/ we have it ready; ct/ very well we will get that ready; Bales/ add ct on factual basis; ct/ will like it in his own words why he is entering a plea; Botsford/ add ct; ct/ standard plea procedure; Bales/ this will be settling both CR and CV matters and would like to ask Dr. Naples some questions; Botsford/ is agreeable; 10:18 recess; 10:44 ICC with ptys; ct/ has read factual resume and will make it part of the record under seal; 10:45 recess; 10:47 ct opens; 11:29 Botsford/ will ct allow Mr. Naples to fly within geographical area without the need for a motion each time; ct/ notify Mr. Carr in writing and keep him advised of any trips and when you will be returning; 11:29 Bales/ questions Mr. Naples; 11:30 recess;

11:30    Adjourn